SWEETSER v. LOWELL.

(Circuit Court of Appeals, First Circuit. October 18, 1916.)

No. 1231.

Appeal from the District Court of the United States for the District of Massachusetts; Frederick Dodge, Judge.

Petition by Alfred P. Lowell for writ of habeas corpus against Warren E. Sweetser. From an order for the discharge of petitioner, respondent appeals. Order vacated, with directions that petitioner be returned to military custody.

George W. Anderson, U. S. Atty., of Boston, Mass. (Major S. T. Ansell, Judge Advocate, of Washington, D. C., and Lewis Goldberg, Asst. U. S. Atty., of Boston, Mass., on the brief), for appellant.

Henry Wheeler, of Boston, Mass. (Harry Le Baron Sampson, of Boston, Mass., on the brief), for appellee.

Before PUTNAM and BINGHAM, Circuit Judges, and ALDRICH, District Judge.

ALDRICH, District Judge. In this case the conclusion is the same as that reached in the Emerson Case (No. 1230) 236 Fed. 161, —— C. C. A. ——, and the order, therefore, will be the same.

The order of the District Court for the discharge of the petitioner is vacated,

with directions that he be returned to the military custody from whence he was taken.

PUTNAM, Circuit Judge. My dissent here is upon the same ground as that stated in No. 1230.